**IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT**

_____

No. 97-30289
_____

CHRISTINE CARMOUCHE,

                                        Plaintiff-Appellant,

                    versus

AFFILIATED BLIND OF LOUISIANA,
INC., ET AL.,

                                        Defendants,

AFFILIATED BLIND OF LOUISIANA,
INC.,

                                        Defendant-Appellee.

_____

Appeal from the United States District Court
for the Western District of Louisiana
(95-CV-1808)

_____

December 8, 1997

Before WIENER, EMILIO M. GARZA, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

     In this case, grounded in racial discrimination claims by

Plaintiff-Appellant Christine Carmouche, the district court granted

_____

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

a summary judgment in favor of her former employer, Defendant-Appellant Affiliated Blind of Louisiana, Inc., dismissing the claims of Carmouche for failure to establish a prima facie case of discrimination under Title VII. More specifically, the district court determined that Carmouche was not constructively discharged and that she failed to produce sufficient summary judgment evidence to support an inference of discriminatory intent.

From our careful de novo review of the summary judgment record from the district court, the facts evident therefrom and from briefs of able counsel, and the legal arguments presented by counsel in their appellate briefs and their arguments to this court, we can discern no reasonable basis in fact or law for reversing the determination of the district court. Consequently, the judgment of that court dismissing Carmouche's action is, in all respects,

AFFIRMED.